# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-04295-8- JRL | Trustee: | (530110) | Gerald A. Jeutter Jr. |
|---|---|---|---|---|
| Case Name: | Back Creek Farms Subdivision, LLC | Filed (f) or Converted (c): | 07/08/09 (c) | |
| | | §341(a) Meeting Date: | | |
| Period Ending: | 09/30/10 | Claims Bar Date: | 11/18/09 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Admin. (FA)/<br>Gross Value of<br>Remain. Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Proceeds from Park Sterling Bank DIP Account (u) | 0.00 | 3,472.40 | | 3,472.40 | FA | 0.00 | 0.00 |
| 2 | REAL PROPERTY (Chapter 11 Schedules) *See Footnote below. | 10,563,000.00 | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 3 | BANK ACCOUNTS (Chapter 11 Schedules) *See Footnote below. | 45,351.54 | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 4 | ACCOUNTS RECEIVABLE (Chapter 11 Schedules) *See Footnote below. | 1,831,312.42 | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 5 | PREFERENCE - Erosion Control Services, Inc. Order dated May 13, 2010. | 0.00 | 0.00 | | 1,182.10 | FA | 0.00 | 0.00 |
| 6 | PREFERENCE-Guardway Corporation Order dated May 13, 2010. | Unknown | Unknown | | 1,200.00 | FA | 0.00 | 0.00 |
| 7 | PREFERENCE- Arcadis (u) Order dated May 13, 2010. | 0.00 | 0.00 | | 5,592.50 | FA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 4.86 | Unknown | 0.00 | 0.00 |
| 8 | Totals<br>Assets (Excluding unknown values) | $12,439,663.96 | $3,472.40 | | $11,451.86 | $0.00 | $0.00 | $0.00 |

Printed: 10/28/2010 11:47 AM    V.12.53

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 08-04295-8- JRL | Trustee: | (530110) | Gerald A. Jeutter Jr. |
| --- | --- | --- | --- | --- |
| Case Name: | Back Creek Farms Subdivision, LLC | Filed (f) or Converted (c): | 07/08/09 (c) | |
| | | §341(a) Meeting Date: | | |
| Period Ending: | 09/30/10 | Claims Bar Date: | 11/18/09 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Est Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Admin. (FA)/ Gross Value of Remain. Assets | Lien Amount | Exempt Amount |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

  AP No. 10-00089 (Blythe Development Co.) in amount of $152,934.01 filed on 4/12/10. Order referring case to a mediated settlement entered 8/3/10. Designation of Mediator filed 8/17/10. Mediation pending.
  Initial review of claims.

  *Footnote: Chapter 11 Petition was filed on 6/27/08. Gerald A. Jeutter, Jr. was appointed Chapter 11 Trustee on 2/26/09. Case was converted to Chapter 7 on 7/8/09.

Initial Projected Date Of Final Report (TFR):    September 30, 2010          Current Projected Date Of Final Report (TFR):    June 30, 2011

October 28, 2010                                                                /s/ Gerald A. Jeutter Jr.
_____                                                             _____
Date                                                                            Gerald A. Jeutter Jr.

Copy Served On: Marjorie K. Lynch, Esquire
                Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-04295-8- JRL | | Trustee: | Gerald A. Jeutter Jr. (530110) |
|---|---|---|---|---|
| Case Name: | Back Creek Farms Subdivision, LLC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | XXXXXXXXXXX - Money Market Account |
| Taxpayer ID #: | XX-XXX8714 | | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 09/30/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312924941265 | Wire in from JPMorgan Chase Bank, N.A. account 312924941265 | 5,856.44 | | 5,856.44 |
| 04/28/10 | {7} | Arcadis | Preference Payment | 5,592.50 | | 11,448.94 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 0.14 | | 11,449.08 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 0.68 | | 11,449.76 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 0.66 | | 11,450.42 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 0.68 | | 11,451.10 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 0.67 | | 11,451.77 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 0.09 | | 11,451.86 |
| | | | **ACCOUNT TOTALS** | 11,451.86 | 0.00 | $11,451.86 |
| | | | Less: Bank Transfers | 5,856.44 | 0.00 | |
| | | | **Subtotal** | 5,595.42 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$5,595.42** | **$0.00** | |

{} Asset reference(s)

Printed: 10/28/2010 11:47 AM    V.12.53

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-04295-8- JRL | | Trustee: | Gerald A. Jeutter Jr. (530110) |
|---|---|---|---|---|
| Case Name: | Back Creek Farms Subdivision, LLC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | XXX-XXXXXXX-65 - Money Market Account |
| Taxpayer ID #: | XX-XXX8714 | | Blanket Bond: | $1,000,000.00 (per case limit) |
| Period Ending: | 09/30/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|
| 04/01/09 | {1} | Park Sterling Bank | Proceeds from DIP Acct. 1008722 | 3,472.40 | | 3,472.40 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.11 | | 3,472.51 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.13 | | 3,472.64 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.15 | | 3,472.79 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.14 | | 3,472.93 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.14 | | 3,473.07 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.14 | | 3,473.21 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.14 | | 3,473.35 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.14 | | 3,473.49 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.14 | | 3,473.63 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.13 | | 3,473.76 |
| 02/09/10 | {5} | Erosion Control Services, Inc. | Preference Settlement | 1,182.10 | | 4,655.86 |
| 02/17/10 | {6} | Guardway Corporation | Preference Settlement | 1,200.00 | | 5,855.86 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.17 | | 5,856.03 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 0.26 | | 5,856.29 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 0.15 | | 5,856.44 |
| 04/20/10 | | Wire out to BNYM account 000924941265 | Wire out to BNYM account 000924941265 | -5,856.44 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -5,856.44 | 0.00 | |
| Subtotal | 5,856.44 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,856.44 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # XXXXXXXXXXXX | 5,595.42 | 0.00 | 11,451.86 |
| MMA # XXX-XXXXXXX-65 | 5,856.44 | 0.00 | 0.00 |
| | $11,451.86 | $0.00 | $11,451.86 |

{} Asset reference(s)

Printed: 10/28/2010 11:47 AM   V.12.53